CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

ALLISON C. REPPOND
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reppond@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United Sates of America, | Case No. 2:21-cv-00184-JCM-DJA |
| Plaintiff, | |
| vs. | **United States' *Ex Parte* Third Motion to Extend the Service Deadline** |
| PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Ofir Ventura, Cecelia Ventura, Brandon Jimenez, Robert Gomez, Gomez & Associates, Inc., Rock'n Rob Enterprises, Amir Shalev, D.P.M., AS Enterprises, Inc., and Ivan Lee Goldsmith, M.D., | |
| Defendants. | |

The Court having considered the United States' *Ex Parte* Third Motion to Extend the service deadline, and good cause having been shown, it is ORDERED that:

(1) The motion is GRANTED; and

///

///

(2) The United States has up to and including December 29, 2021, to serve the defendants named in the Original Complaint [ECF 1].

Respectfully submitted this 21st day of September 2021

                          CHRISTOPHER CHIOU
                          United States Attorney

                          *s/ Allison Reppond*
                          Allison Reppond
                          Assistant United States Attorney

IT IS SO ORDERED:

DATED this 22nd day of September 2021.

_____
United States District Magistrate Judge

11