JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
summer.johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED SATES OF AMERICA, | Case No. 2:21-cv-00184-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT BRANDON JIMENEZ TO FILE A RESPONSIVE PLEADING** |
| PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, OFIR VENTURA, CECELIA VENTURA, BRANDON JIMENEZ, ROBERT GOMEZ, GOMEZ & ASSOCIATES, INC., ROCK'N ROB ENTERPRISES, AMIR SHALEV, D.P.M., AS ENTERPRISES, INC., AND IVAN LEE GOLDSMITH, M.D., | **(First Request)** |
| Defendants. | |

Plaintiff UNITED STATES OF AMERICA and Defendant BRANDON JIMENEZ ("Defendant"), through counsel, hereby stipulate and jointly move the Court to extend the time for Defendant to file an answer or other responsive pleading to Plaintiff's complaint by an additional 60 days. This is the first request to extend this deadline and is based on the following:

1.      On February 2, 2021, the United States filed its Complaint. ECF No. 1.

2.      Contemporaneously herewith, Defendant executed a Waiver of Service of Summons.

3.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), an answer or responsive pleading under Rule 12 is due within 60 days after the request for waiver was sent.

4.      Defendant's answer or other responsive pleading is currently due November 27, 2023.

5.      Since the Complaint was filed, the United States and Defendant have engaged in meaningful settlement discussions, including a mediation. The parties desire to continue the discussions to determine whether a resolution can be reached.

6.      Accordingly, the parties request that the Court extend the time for Defendant to answer or otherwise plead by 60 days. Defendant's responsive pleading would then be filed on or before January 26, 2024, which is 60 days from the current responsive pleading deadline.

Respectfully submitted this 9/29/2023 day of September, 2023.

JASON M. FRIERSON                          CLARK HILL PLC
United States Attorney


BY: _____              BY: _____
SUMMER A. JOHNSON                         MICHAEL CRISTALLI, ESQ.
Assistant United States Attorney          Attorney for Defendant BRANDON JIMENEZ

Having reviewed the parties' joint motion, the Court finds that it contains certain deficiencies.  First, the parties erroneously filed it as a stipulation, instead of as a joint motion as required by Local Rule 7-1(c). Second, the parties have not included a signature block as required by Local Rule IA 6-2.  Nonetheless, the Court finds good cause to grant the joint motion.
T IS THEREFORE ORDERED that the parties' joint motion to extend (ECF No. 25) is GRANTED.
T IS FURTHER ORDERED that future filings must carefully comply with the Local Rules.


_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: October 3, 2023

2