JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

SUMMER A. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Summer.Johnson@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Ofir Ventura, Cecelia Ventura, Brandon Jimenez, Robert Gomez, Gomez & Associates, Inc., Rock'n Rob Enterprises, Amir Shalev, D.P.M., AS Enterprises, Inc., and Ivan Lee Goldsmith, M.D.,<br><br>Defendants. | Case No. 2:21-cv-00184-JCM-DJA<br><br>**Order Regarding United States' Tenth Motion to Extend the Service Deadline for Remaining Defendants** |

The Court having considered the United States' Tenth Motion to Extend the service deadline, and good cause having been shown, it is ORDERED that:

(1) The motion is GRANTED; and

///
///
///
///
///

(2) The United States has up to and including **January 26, 2024**, to serve the remaining unserved defendants named in the Original Complaint [ECF No. 1].

IT IS SO ORDERED:

DATED this __4th__ day of October 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE