MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel:  (702) 697-7510
Fax:  (702) 778-9709
Email:  mcristalli@clarkhill.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:21-cv-00184-JCM-DJA |
| v. | |
| PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Ofir Ventura, Cecelia Ventura, Brandon Jimenez, Robert Gomez, Gomez & Associates, Inc., Rock'n Rob Enterprises, Amir Shalev, D.P.M., AS Enterprises, Inc., and Ivan Lee Goldsmith, M.D., | **JOINT MOTION FOR EXTENSION OF TIME**<br>**(SECOND REQUEST)** |
| Defendants. | |

Plaintiff UNITED STATES OF AMERICA and Defendants PCPLV LLC, OFIR VENTURA, CECELIA VENTURA, and BRANDON JIMENEZ ("Defendants"), by and through their counsel, hereby jointly move the Court to extend the time for Defendants to file an answer or other responsive pleading to Plaintiff's complaint by an additional 21 days.  This is the second request to extend this deadline and is based on the following:

1. On October 3, 2023, this Court extended by 60 days, up through and including January 26, 2024, Defendants' time to file an answer or other responsive pleading to Plaintiff's complaint.  This was the first extension of time of this deadline.

2. Plaintiffs and Defendants continue to engage in productive settlement discussions and believe that extending the January 26, 2024 deadline by an additional 21 days, up through and including February 16, 2024, will assist their ongoing settlement discussions.

DATED: January 9, 2024                                      Respectfully submitted,


BY:  */s/ Peter S. Christiansen*
PETER S. CHRISTIANSEN, ESQ.
Attorney for Defendants PCPLV LLC,
OFIR VENTURA, and CECELIA VENTURA

BY:  */s/ Michael V. Cristalli*
MICHAEL V. CRISTALLI, ESQ.
Attorney for Defendant BRANDON  JIMENEZ

BY:  */s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney
Attorney for Plaintiff UNITED STATES


**IT IS SO ORDERED:**

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED:  1/10/2024

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, LR IC4-1, and LR 5-1, I hereby certify that I am an employee of Clark Hill PLLC, and that on the 9th day of January 2024, I caused to be served a true and correct copy of the foregoing  **JOINT MOTION FOR EXTENSION OF TIME (SECOND REQUEST)** in the following manner:

The Court's Electronic Filing System to all parties on the current service list.


 */s/ Tanya Bain*
An Employee of CLARK HILL PLLC