DAVID T. BROWN, ESQ.
Nevada Bar No.  006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Email: dbronw@brownlawlv.com
Attorneys for Defendants
Robert Gomez, Gomez & Associates, Inc.
and Rock'n Rob Enterprises

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no.:      2:21–cv-00184 |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| PCPLV LLC d/b/a Pinnacle. Compounding Pharmacy, Ofir Ventura, Cecilia Ventura, Brandon Jimenez, Robert Gomez, Gomez & Associates, Inc., Rock'n Rob Enterprises, Amir Shalev, D.P.M., AS Enterprises, Inc., and Ivan Lee Goldsmith, M.D. | (Second Request) |
| Defendants. | |

## STIPULATION AND ~~[PROPOSED]~~ ORDER TO

## EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, the United States of America, and Defendants Robert Gomez, Gomez & Associates, Inc., and Rock'n Rob Enterprises ("Defendants") stipulate to extend the time by which Defendants may respond to the Complaint in this action by 14 days from February 27, 2024 to March 12, 2024, and in support thereof, say:

1.      Plaintiff filed their Complaint in this action on February 2, 2021.

2.      Defendant, Robert Gomez was served with the Complaint in this on or about January 23, 2024.

3.      There is good cause to extend the time by which Defendants may respond to the Complaint in this action because counsel for Defendants are hoping for a resolution.

4.      Based upon Defendants' request, the Parties have agreed to extend the deadline by which Defendants may respond to the Complaint by 14 days from February 27, 2024 to March 12, 2024, subject to the Court's approval.

5.      Defendants have not previously requested an extension of the deadline to respond to the Complaint.

**IT IS SO STIPULATED**

Dated this 26th day of February, 2024.              Dated this 26th day of February, 2024.

Jason M. Frierson                                          David T. Brown
United States Attorney                                 Brown, Brown & Premsrirut

/s/ Christian Ruiz                                          /s/ David T. Brown
_____                      _____
CHRISTIAN RUIZ                                       DAVID T. BROWN
Assistant U.S. Attorney                               Counsel for Defendants
Counsel for United States of America

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _2/28/2024_____

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/EMF.  I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/EMF.

/s/ Alexis Budner

_____
ALEXIS BUDNER

3