Michael V. Cristalli, Esq.
Nevada Bar #6266
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Ste. 500
Las Vegas, NV 89135
Tel: (702) 697-7510
Fax: (702) 778-9709 fax
Email: mcristalli@clarkhill.com
*Attorney for Defendant, Brandon Jimenez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-00184-JCM-DJA |
| Plaintiff, | |
| v. | **JOINT MOTION** |
| | **FOR EXTENSION OF TIME** |
| PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Ofir Ventura, Cecelia Ventura, Brandon Jimenez, Robert Gomez, Gomez & Associates, Inc., Rock'n Rob Enterprises, Amir Shalev, D.P.M., AS Enterprises, Inc., and Ivan Lee Goldsmith, M.D., | **(FOURTH REQUEST)** |
| Defendants. | |

Plaintiff UNITED STATES OF AMERICA and Defendants PCPLV LLC, OFIR VENTURA, CECELIA VENTURA, and BRANDON JIMENEZ ("Defendants"), by and through their counsel, hereby jointly move the Court to extend the time for Defendants to file an answer or other responsive pleading to Plaintiff's complaint by an additional 14 days.  This is the fourth request to extend this deadline and is based on the following: On October 3, 2023, this Court extended by 60 days, up through and including January 26, 2024, Defendants' time to file an answer or other responsive pleading to Plaintiff's complaint.  This was the first extension of time of this deadline.

1. The Court subsequently, on the parties' joint motion, extended the January 26 deadline by an additional 21 days, up through and including February 16, 2024.  The parties requested this extension to aid their ongoing settlement discussions.

2. The Court subsequently, on the parties' joint motion, extended the February 16 deadline by an additional 14 days, up through and including March 1, 2024.

3. The parties have spent the past two weeks continuing settlement discussions in earnest. Given the significant progress that has been made during that time, the parties believe there is a very good chance that a settlement in principle can be reached in this matter within the next week.  The parties believe that a brief extension of the responsive pleading deadline will significantly increase the likelihood of a settlement being reached.

DATED: March 1, 2024                              Respectfully submitted,

BY:  */s/ Peter S. Christiansen*
PETER S. CHRISTIANSEN, ESQ.
Attorney for Defendants PCPLV LLC,
OFIR VENTURA, and CECELIA VENTURA

BY:  */s/ Michael V. Cristalli*
MICHAEL V. CRISTALLI, ESQ.
Attorney for Defendant BRANDON  JIMENEZ

BY:  */s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney
Attorney for Plaintiff UNITED STATES


**IT IS SO ORDERED:**

_____

**DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE**

**DATED:**  3/4/2024

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 1st day of March 2024, I caused a true and correct copy of **JOINT MOTION FOR EXTENSION OF TIME (FOURTH REQUEST)** to be served via the Court's CM/ECF system, on all parties currently on the electronic service list.

*   /s/  Tanya Bain*