# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America )
)  Case # 2:21-cv-00184-JCM-DJA
)
Plaintiff(s), )  **VERIFIED PETITION FOR**
) **PERMISSION TO PRACTICE**
vs. ) **IN THIS CASE ONLY BY**
) **ATTORNEY NOT ADMITTED**
PCPLV LLC et al ) **TO THE BAR OF THIS COURT**
) **AND DESIGNATION OF**
) **LOCAL COUNSEL**
)
Defendant(s). )
)  FILING FEE IS $250.00

_____Cameron Powell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Gregor Wynne Arney, PLLC_____
(firm name)

with offices at _____4265 San Felipe, Suite 700_____,
(street address)

_____Houston_____, _____Texas_____, _____77027_____,
(city)           (state)        (zip code)

_____830-290-2644_____, _____cpowell@gwafirm.com_____
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____(see attached)_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  10/15/1992 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Fifth Circuit | 11/10/2022 | n/a |
| U.S.D.C. for the Southern District of Texas | 2/22/2023 | n/a |
| U.S.D.C. for the District of Colorado | 6/15/2024 | n/a |
| State Bar of Colorado | 10/15/1992 | 22016 |
| Bar of the District of Columbia | 7/10/1998 | 459020 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Colorado and Bar of the District of Columbia.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Virginia )
COUNTY OF Alexandria City )

Cameron Powell, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

19 day of May, 2025.

Maryam Morawiz
Notary Public or Clerk of Court

MARYAM MARAWIZ
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2027
COMMISSION # 8077462

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **Peter S. Christiansen**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

710 South 7th Street
(street address)

Las Vegas , Nevada , 89101
(city)       (state)       (zip code)

703-357-9977 , pete@christiansenlaw.com
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Peter S. Christiansen__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

PCPLV LLC d/b/a Pinnacle Compounding Pharmacy,
(type or print party name, title)

_____
(party's signature)

Brandon Jimenez,           (see attached)
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5254                    pete@christiansenlaw.com
Bar number              Email address

APPROVED:

Dated: June 30, 2025.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Verified Petition for Permission for Cameron Powell to Practice in this Case and Designation of Peter S. Christiansen as Local Counsel

PCPLV LLC d/b/a Pinnacle Compounding Pharmacy
Brandon Jimenez
Ofir Ventura
Cecilia Ventura

Attachment 1

Verified Petition for Permission for Cameron Powell to Practice in this Case and Designation of Peter S. Christiansen as Local Counsel

_____
(party's signature)

Cecilia Ventura,_____
(type or print party name, title)

_____
(party's signature)

Ofir Ventura,_____
(type or print party name, title)

Attachment 2



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**CAMERON C. POWELL**__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __**15th**__

day of __**October**__ A.D. __**1992**__ and that at the date

hereof the said __**CAMERON C. POWELL**__ is in good standing

at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**25th**__ day of __**June**__ A.D. __**2025**__

*Cheryl Stevens*

Clerk

By _____

Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Cameron C Powell

was duly qualified and admitted on July 10, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on May 05, 2025.*

JULIO A. CASTILLO
Clerk of the Court

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.