PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 005254
pete@christiansenlaw.com
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
wbarrett@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:     (866) 412-6992
*Attorneys for Defendants PCPLV LLC,*
*Ofir Ventura, and Cecilia Ventura*

MICHAEL V. CRISTALLI, ESQ.
Nevada Bar #6266
mcristalli@clarkhill.com
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone:     (702) 697-7510
Facsimile:     (702) 778-9709
*Attorney for Defendant Brandon Jimenez*

MICHAEL J. WYNNE, ESQ. (*Pro Hac Vice*)
Texas Bar No. 785289
mwynne@gwafirm.com
CAMERON POWELL, ESQ. (*Pro Hac Vice*)
D.C. Bar No. 459020
cpowell@gwafirm.com
JAMES L. TURNER, ESQ. (*Pro Hac Vice*)
Texas Bar No. 20316950
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone:     (281) 450-7403
*Attorneys for Defendants PCPLLV LLC,*
*Ofir Ventura, Cecilia Ventura, and*
*Brandon Jimenez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-00184-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY BRIEFS REGARDING DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 92; 93)** |
| PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Ofir Ventura, Cecelia Ventura, Brandon Jimenez, Robert Gomez, Gomez & Associates, Inc., Rock'n Rob Enterprises, Amir Shalev, D.P.M., AS Enterprises, Inc., and Ivan Lee Goldsmith, M.D., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by all parties, by and through their respective counsel of record, that the deadline for Defendants PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Ofir Ventura, Cecelia Ventura, and Brandon Jimenez to file reply briefs to the United States' Opposition to Motion to Dismiss All Claims Against PCPLV LLC d/b/a/

1    Pinnacle Compounding Pharmacy (ECF No. 115) and United States' Opposition to Motion to

2    Dismiss All Claims Against Ofir Ventura, Cecelia Ventura, and Brandon Jimenez (ECF No. 116),

3    currently due August 14, 2025, shall be extended to August 18, 2025.

4         The parties respectfully request a four-day extension of the deadline for Defendants to file

5    reply briefs in support of their Motions to Dismiss (ECF Nos. 92, 93). The United States filed its

6    opposition briefs on August 8, 2025. (ECF Nos. 115, 116). Good cause exists for this request

7    because the briefing involves complex legal and factual issues, and additional time is needed to

8    fully and completely respond to each issue raised by the United States in its oppositions.

9    Extending the deadline will allow adequate time for Defendants to research the relevant legal

10   issues and fully respond to the arguments raised in United States' opposition briefs, ensuring that

11   the Court receives well-reasoned and comprehensive arguments to make an informed decision.

12        This requested extension is made in good faith and not for purposes of delay.

13        Dated this 14th day of August, 2024.

14   SIGAL CHATTAH                          CHRISTIANSEN TRIAL LAWYERS
     United States Attorney

15

16   /s/ Christian R. Ruiz                  By /s/ Whitney J. Barrett
     SUMMER A. JOHNSON                      PETER S. CHRISTIANSEN, ESQ.
17   CHRISTIAN R. RUIZ                      WHITNEY J. BARRETT, ESQ.
     Assistant United States Attorneys     Attorneys for Defendants PCPLV LLC, Ofir
18                                          Ventura, and Cecilia Ventura

19                                          By /s/ Michael V. Cristalli
                                            MICHAEL V. CRISTALLI, ESQ.
20                                          Attorney for Defendant Brandon Jimenez

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS SO ORDERED that the deadline for Defendants to file reply briefs to United States' Opposition to Motion to Dismiss All Claims Against PCPLV LLC d/b/a/ Pinnacle Compounding Pharmacy (ECF No. 115) and United States' Opposition to Motion to Dismiss All Claims Against Ofir Ventura, Cecelia Ventura, and Brandon Jimenez (ECF No. 116), currently due August 14, 2025, his hereby extended to August 18, 2025.

_____
United States District Judge


Dated: _August 15, 2025_____

3