TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
MARILYN E. GARTLEY
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov
Marilyn.Gartley@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-00184-JCM-DJA |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Ofir Ventura, Cecelia Ventura, Brandon Jimenez, Robert Gomez, Gomez & Associates, Inc., Rock'n Rob Enterprises, Amir Shalev, D.P.M., AS Enterprises, Inc., and Ivan Lee Goldsmith, M.D., | |
| Defendants. | |

Please take notice that Assistant United States Attorney Marilyn E. Gartley is appearing as additional counsel for the United States of America. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 2nd day of April 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
CHRISTIAN R. RUIZ
Assistant United States Attorneys