**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

United States of America,

Plaintiff,

v.

PCPLV LLC d/b/a Pinnacle Compounding Pharmacy; Ofir Ventura; Cecilia Ventura; Brandon Jimenez; Robert Gomez; Gomez & Associates, Inc.; Rock'n Rob Enterprises; Amir Shalev, D.P.M.; AS Enterprises, Inc.; and Ivan Lee Goldsmith, M.D.,

Defendants.

Case No. 2:21-cv-00184-GMN-DJA

**Order**

Before the Court is Defendants PCPLV LLC d/b/a Pinnacle Compounding Pharmacy, Cecilia Ventura, and Ofir Ventura's motion to continue the Court's November 13, 2026, hearing on Plaintiff United States of America's motion to strike. (ECF No. 193). The Court finds that these Defendants have shown good cause to continue the hearing and therefore grants the motion, continuing the hearing on the Plaintiff's motion to strike (ECF No. 181) to November 18, 2026, at 10:00 AM. The Court will further hear Defendants PCPLV, Cecilia Ventura, Ofir Ventura, and Brandon Jimenez's motion for leave to answer out of time (ECF No. 188) at that hearing.

Additionally, PCPLV, Cecilia Ventura, Ofir Ventura, and Brandon Jimenez have moved to extend the October 5, 2026, dispositive motions deadline thirty days, to November 4, 2026. (ECF No. 183). They reason in part that the Court's ruling on the Plaintiff's pending motion to strike (ECF No. 181) may impact the parties' dispositive motions. Plaintiff does not oppose the motion and proposes that the Court alternatively set the dispositive motions deadline "thirty days after the Court's ruling on the United States's Motion to Strike (ECF No. 181), with a corresponding adjustment of the deadline for the joint pretrial order." (ECF No. 184).

Defendant Ivan Lee Goldsmith has joined the motion. (ECF No. 187). No other party has responded or replied.

Given the parties' apparent agreement that the Court's ruling on the motion to strike may impact the dispositive motions in this case, the Court will grant the motion to extend in part regarding the request for an extension. (ECF No. 183). However, the Court will deny the motion in part regarding the requested November 4, 2026, dispositive motions deadline because the Court will not hear the motion to strike until after that date. Instead, the Court will extend the dispositive motions deadline until thirty days after the hearing on the motion to strike and motion to extend.

**IT IS THEREFORE ORDERED** that the motion to continue (ECF No. 193) is **granted.**

**IT IS FURTHER ORDERED** that the hearing set for November 13, 2026, is **vacated** and **reset** for **November 18, 2026, at 10:00 am in LV Courtroom 3B** before the Honorable Magistrate Judge Daniel J. Albregts.

**IT IS FURTHER ORDERED** that the Court will hear both the motion to strike (ECF No. 181) and the motion to answer out of time (ECF No. 188) at the November 18, 2026, hearing.

**IT IS FURTHER ORDERED** that the motion to extend (ECF No. 183) is **granted in part and denied in part.** It is granted in part regarding the request for an extension of the dispositive motions and joint pretrial order deadlines. It is denied in part regarding the length of that extension.

**IT IS FURTHER ORDERED** that the following deadlines shall govern:

| | |
|---|---|
| Dispositive motions: | December 18, 2026 |
| Joint pretrial order: | January 19, 2027[1] |

DATED: October 28, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.